UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:20-CR-00105-KJM |
|---|---|
| Plaintiff, | |
| v. | |
| Desteny Estrella Leilani Salazar, | |
| Defendant. | |
| | |
| United States of America, | No. 2:22-CR-00208-TLN-1 |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| Desteny Estrella Leilani Salazar, | |
| Defendant. | |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of

1

1  these matters to the same judge is likely to effect a substantial savings of judicial effort and is
2  likely to be convenient for the parties.
3         The parties should be aware that relating cases under Rule 123 causes the actions
4  to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related
5  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6  assigned.
7         As a result, it is hereby ORDERED that No. 2:22-CR-00208-TLN-1 is reassigned
8  from Hon. Troy L. Nunley to the undersigned. Henceforth, the caption on documents filed in the
9  reassigned case shall be shown as: No. 2:22-CR-00208-KJM-1.
10        It is further ORDERED that the Clerk of the Court make appropriate adjustment in
11 the assignment of civil cases to compensate for this reassignment.
12        IT IS SO ORDERED.
13 DATED: October 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2